**Electronically Filed
Supreme Court
SCWC-13-0003629
13-OCT-2016
07:57 AM**

SCWC-13-0003629

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KIMBERLY A. PASCO,
Respondent/Petitioner-Appellant,

vs.

BOARD OF TRUSTEES OF THE EMPLOYEES' RETIREMENT SYSTEM,
STATE OF HAWAIʻI,
Petitioner/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0003629; CIV. NO. 12-1-3294)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Respondent-Appellee's Application for Writ of Certiorari filed on September 2, 2016, is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, October 13, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

